# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:23-po-5004-H-KLD |
| **Plaintiff,** | Violation: 9597171 |
| vs. | |
| **JOHN JAMES,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 1st of March, 2023.

KATHLEEN L. DESOTO
United States Magistrate Judge

1